No. 26816.

Court of Criminal Appeals of Texas.

Feb. 3, 1954.

## SHIELDS v. STATE.

No. 26809.

Court of Criminal Appeals of Texas.

Feb. 3, 1954.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

The sale and delivery of beer in a dry area is the offense; the punishment, seventy-five days' confinement in jail.

The record is before us without a statement of facts or bills of exception, without which nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.